AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DUVALL ESPRESSO IP ENFORCEMENT, LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>DECENT ESPRESSO INTERNATIONAL LTD., a Chinese business entity, DECENT ESPRESSO LLC, a California limited liability co., DECENT ESPRESSO LLC, a Wyoming limited liability co.<br>*Defendant(s)* | Civil Action No. 9:23-cv-81246 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DECENT ESPRESSO LLC, a California limited liability company
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento CA 95833-3505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOHNSON | DALAL
Mark C. Johnson
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
Info@JohnsonDalal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 11, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DUVALL ESPRESSO IP ENFORCEMENT, LLC, a Florida Limited Liability Company, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 9:23-cv-81246 |
| DECENT ESPRESSO INTERNATIONAL LTD., a Chinese business entity, DECENT ESPRESSO LLC, a California limited liability co., DECENT ESPRESSO LLC, a Wyoming limited liability co. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DECENT ESPRESSO LLC, a Wyoming limited liability company
c/o Corporation Service Company
1821 Logan Ave.
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNSON | DALAL
Mark C. Johnson
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
Info@JohnsonDalal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 11, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts