**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:23-cv-81246**

DUVALL ESPRESSO IP ENFORCEMENT, LLC,

       Plaintiff,

v.

DECENT ESPRESSO INTERNATIONAL LTD.,

       Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY CASE PENDING IPR PROCEEDINGS**

Plaintiff, DUVALL ESPRESSO IP ENFORCEMENT, LLC ("Duvall LLC" or "Plaintiff") hereby files its response to Defendant DECENT ESPRESSO INTERNATIONAL LTD.'s ("Defendant") Motion to Stay the Case Pending IPR Proceedings ("Motion to Stay"), DE 59.

Duvall LLC opposes Defendant's Motion to Stay because of the timing of the motion and the potential prejudice to Duvall LLC if the case is stayed at this juncture pending the IPR proceedings. Both parties have engaged in discovery efforts and propounded discovery requests and/or responses. This case is set on an expedited schedule, trial in this case is set for March which is a mere 5 months away, and the case has been pending for over a year. If the Scheduling Order remains as is, the Parties would likely conduct and complete trial in this case before PTAB even decides whether to institute a review of the subject patents. As such, Defendant's invalidity contentions (and the entire dispute as a whole) could be resolved faster in this case if it proceeds as scheduled than if the case were stayed, the IPR were conducted to a final decision, and this case resumed to finish it out. The time difference is significant—5 months if the schedule remains as-is versus roughly 1.5 to 2 years (if not more) if the case were stayed pending the IPR.

1

Notwithstanding the foregoing, the undersigned has conferred with Defendant's counsel at length about the requested stay and about Duvall LLC's concerns regarding the same. Thanks to these conferral efforts, the Parties have come to an agreement on a joint stipulation, which is being filed contemporaneously with this response. As set forth in the joint stipulation, the Parties jointly stipulate to a stay of this case, subject to this Court's consideration, discretion, and approval, pending the U.S. Patent & Trademark Office's review of Defendant's Petitions for *Inter Partes* Review challenging the validity of the two patents at issue, but such joint stipulation is made on several conditions designed to reduce the prejudice to Duvall LLC. Specifically, if the Court grants the Parties' Joint Motion to Stay, (a) Defendant shall withdraw its opposition, DE 58, to Plaintiff's Motion for Leave to Amend and Join Parties, DE 57; (b) Defendant's counsel shall accept service of process on behalf of proposed individual defendants John Buckman and Harriet Harpley; (c) Mr. Buckman and Ms. Harpley shall not challenge personal jurisdiction or venue (but reserve their rights to assert any other Rule 12 defenses that may otherwise be appropriate); (d) Defendant shall respond by November 30, 2024, to Plaintiff's First Request for Production and Interrogatories served on or about September 26, 2024; and (e) Defendant shall file an IPR Petition directed to Plaintiff's U.S. Patent No. 11,957,271 (the "'271 Patent"), if at all, on or before February 17, 2025, after which Defendant waives its right to file an IPR Petition challenging the validity of the '271 Patent (without waiving any other rights that Defendant may have to challenge the validity of the '271 Patent).

On the foregoing conditions, Duvall LLC stipulates to a stay of the case pending the IPR proceedings.

Dated: October 17, 2024

Respectfully submitted,
*/s/ Mark C. Johnson*

MARK C. JOHNSON, ESQ.
Fl. Bar No. 84365
MJ@JOHNSONDALAL.COM
JOHNSON | DALAL
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
Fax: (954) 507-4502

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing is being served this day on all parties and counsel of record, via transmission of Notices of Electronic Filing generated by CMF/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: October 17, 2024

Respectfully submitted,

*/s/ Mark C. Johnson*
MARK C. JOHNSON, ESQ.
Fl. Bar No. 84365
U.S.P.T.O. Reg. No. 69,349
MJ@JOHNSONDALAL.COM
JOHNSON | DALAL
111 N. PINE ISLAND ROAD, SUITE 105
PLANTATION, FL 33324
Tel: (954) 507-4500
Fax: (954) 507-4502